UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NOEL VINCENT THOMAS, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> NORTH CAROLINA MUTUAL LIFE ) </br> INSURANCE COMPANY (NCMLIC), ) </br> MICHAEL LAWRENCE, NCMLIC CEO, ) </br> ALABAMA DEPARTMENT OF ) </br> INSURANCE (ALDOI), NORTH ) </br> CAROLINA DEPARTMENT OF ) </br> INSURANCE (NCDOI), and JOHN ) </br> HOOMANI, NCDOI GC, ) </br> ) </br> Defendants. ) | **JUDGMENT** </br> **CASE NO. 5:22-CV-291-M-KS** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's Order entered on May 2, 2023 [DE 10], the court ADOPTS the Memorandum and Recommendation [DE 5]. Plaintiff's claims are DISMISSED.

This Judgment filed and entered on May 2, 2023, and copies to:
Noel Vincent Thomas (via US Mail)

May 2, 2023

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk